■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL GIBBS, Appellant. [705 NYS2d 901] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 23, 1998 (*People v Gibbs,* 247 AD2d 629), affirming a judgment of the Supreme Court, Kings County, rendered August 22, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Sullivan, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD HAYNES, Appellant. [705 NYS2d 902] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 22, 1998 (*People v Haynes,* 251 AD2d 595), affirming a judgment of the County Court, Orange County, rendered January 16, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Sullivan, J. P., Joy, Krausman and Florio, JJ., concur.